# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| SHEILAH DAVIS | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  16-5194 |
| KIMBEL MECHANICAL SYSTEMS, INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:  Judgment is entered in favor of the defendant, Kimbel Mechanical Systems, Inc. and against the plaintiff,
Sheilah Davis.

This action was *(check one)*:

☑ tried by a jury with Judge  Robert T. Dawson _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date:  12/13/2017

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_